No. 533. HOWARD ET AL. v. RANDALL & MCALLISTER ET AL. December 19, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. Mr. William F. Purdy for petitioners. Messrs. Horace L. Cheyney and Albert T. Gould for respondents.

No. 563. REIKES v. LOWENSTEIN, TRUSTEE IN BANK-RUPTCY. January 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further in forma pauperis, denied. Mr. David Haar for petitioner. No appearance for respondent. See also 54 F. (2d) 481.

Nos. 521 and 522. BIRMINGHAM v. GRAVES, STATE COMMISSIONER OF EDUCATION. January 9, 1933. Petition for writs of certiorari to the Supreme Court and to the Court of Appeals of the State of New York denied. MR. JUSTICE CARDOZO took no part in the consideration or decision of this application. Miss Agnes V. Birmingham, pro se. Mr. Henry Epstein for respondent.

No. 524. MANISTIQUE & LAKE SUPERIOR R. Co. v. MUS-GROVE, ADMINISTRATRIX. January 9, 1933. Petition for writ of certiorari to the Supreme Court of Michigan denied. Messrs. George H. Beckwith and Gustavus Oh-linger for petitioner. No appearance for respondent.

No. 525. BRITTON v. UNITED STATES. January 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. Mr. John B. Boddie for petitioner. Solicitor General Thacher, and Messrs.

670

*Paul D. Miller, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 527. CHARLES BROADWAY ROUSS, INC., ET AL. *v.* FIRST NATIONAL BANK OF COLUMBUS, GA., ET AL. January 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Herman H. Swift* for petitioners. *Messrs. Thomas L. Bowden* and *Henry D. Gaggstatter* for respondents.

Nos. 528 and 529. JAMISON ET AL. *v.* UNITED STATES ET AL. January 9, 1933. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Courtland Palmer* for petitioners. *Solicitor General Thacher, Assistant Attorney General St. Lewis,* and *Messrs. Whitney North Seymour* and *J. Frank Staley* for the United States.

No. 532. BERL ET AL., RECEIVERS, *v.* CRUTCHER ET AL. January 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. George Thompson, Jr., Thomas Francis Howe,* and *Hugh M. Morris* for petitioners. *Mr. S. C. Rowe* for respondents.

No. 536. BINKLEY COAL CO. *v.* HENDERSON, TRUSTEE IN BANKRUPTCY, ET AL. January 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Henry Adamson* for petitioner. *Mr. John D. Welman* for respondents.

No. 540. CHESAPEAKE & OHIO RY. CO. *v.* HOWARD, ADMINISTRATRIX. January 9, 1933. Petition for writ of certiorari to the Court of Appeals of Kentucky denied.